UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09-cr-104-WTL-DKL |
| | ) | |
| KIMBERLY DAWN STRIBLING, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that

Kimberly Dawn Stribling's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i),

Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and Recommendation as follows:

1.  The Defendant shall have her conditions of supervised release extended an additional

    12 months, up to and including June 4, 2014.

SO ORDERED this 1st day of March, 2013.

Distribution to all registered counsel via CM/ECF

*William T. Lawrence*

U.S. Mail to:

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Bradley P. Shepard
Office of U.S. Attorney
10 West Market, Suite 2100
Indianapolis, IN 46204