UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0104-WTL-DKL-1 |
| | ) | |
| KIMBERLY DAWN STRIBLING, | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Kimberly Dawn Stribling=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant shall complete her term of supervised release while residing at the Volunteers of America with all other terms of supervised release to remain the same; and
2. The defendant shall self-surrender upon designation by the Federal Bureau of Prison.

SO ORDERED this 04/15/2014

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook
Assistant U. S. Attorney
brant.cook@usdoj.gov

Joe Cleary
Indiana Federal Community Defender's Office
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal